702 A.2d 827

IN THE MATTER OF MICHAEL L. PARK,
AN ATTORNEY AT LAW.

November 12, 1997.

## ORDER

The Disciplinary Review Board on September 17, 1997, having filed with the Court its decision concluding that **MICHAEL L. PARK** of **EAST ORANGE,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.4(a) (failure to communicate); *RPC* 8.1(b) (failure to cooperate with disciplinary authorities); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **MICHAEL PARK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.